**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ertan Erden <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 20-12746 ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of American Heritage Credit Union and index same on the master mailing list.

                                               Respectfully submitted,
                                               **/s/ Rebecca A. Solarz, Esquire**
                                               Rebecca A Solarz, Esquire
                                               KML Law Group, P.C.
                                               701 Market Street, Suite 5000
                                               Philadelphia, PA 19106-1532
                                               (215) 627-1322