IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | |
| Ertan Erden | : | Chapter 13 |
| | : | Case No. 20-12746-ELF |
| Debtor(s) | : | |

### RESPONSE TO THE MOTION FOR RELIEF OF AUTOMATIC STAY FILED BY AMERICAN HERITAGE CREDIT UNION

Debtor, Ertan Erden, by and through their undersigned Counsel, Brad J. Sadek, in response to the Motion for Relief filed by American Heritage Credit Union and hereby submits the following:

1. Admitted

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted payments were missed. Debtor asks for the chance to catch up.

7. Admitted payments were missed. Debtor asks for the chance to catch up.

8. Denied.

    a. Denied.

9. Debtor opposes the same.

10. Denied.

11. No response required.

WHEREFORE, based on the aforementioned, Debtor respectfully requests that Movant shall be denied an Order granting relief of the Automatic Stay pursuant to 11 U.S.C.§ 362.

/s/ Brad J. Sadek, Esq.
_____

Dated: July 12, 2022               Brad J. Sadek, Esq.
                                   Attorney for the Debtor
                                   Sadek & Cooper
                                   1315 Walnut Street, #502
                                   Philadelphia, PA 19107
                                   (215) 545-0008

---

## **CERTIFICATE OF SERVICE**

I, Brad J. Sadek, Esq. certify that on the date indicated below served a true and correct copy of the Debtor's Response to the Motion for Relief from Automatic Stay by electronic or Regular U.S. Mail on all creditors and the following parties:

**Kenneth E. West, Esq.**
Standing Chapter 13 Trustee
Electronic Notice

**Rebecca A. Solarz, Esq.**
Attorney for Movant *Nationstar Mortgage LLC.*
Electronic Notice to *bkgroup@kmllawgroup.com*


Dated: July 12, 2022               /s/Brad J. Sadek, Esq
                                   Brad J. Sadek, Esq.
                                   Attorney for Debtor
                                   1315 Walnut Street
                                   Suite #502
                                   Philadelphia, PA 19107