United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12746-pmm |
| Ertan Erden | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 26, 2025 | Form ID: 138OBJ | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ertan Erden, 1 Larkspur Road, Levittown, PA 19056-2718 |
| 14701878 | + | American Heritage Credit Union, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14528919 | | PENNYMAC LOAN SERVICES, LLC, C/O Jerome Blank, Esq, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14553621 | + | PennyMac Loan Services, LLC, c/o McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 14553740 | + | PennyMac Loan Services, LLC, C/O Ann Swartz, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 27 2025 03:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 27 2025 03:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14513597 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 27 2025 02:08:32 | Affirm, Inc., Attn: Bankruptcy, Po Box 720, San Francisco, CA 94104-0720 |
| 14520661 | | Email/PDF: bncnotices@becket-lee.com | Aug 27 2025 02:06:48 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14701532 | ^ | MEBN | Aug 27 2025 01:27:07 | American Heritage Credit Union, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14513598 | + | Email/Text: jvalencia@amhfcu.org | Aug 27 2025 03:53:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14513599 | + | Email/PDF: bncnotices@becket-lee.com | Aug 27 2025 02:58:06 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14513600 | + | Email/Text: rm-bknotices@bridgecrest.com | Aug 27 2025 03:53:00 | Bridgecrest, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 14513601 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2025 02:44:52 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14525246 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2025 02:08:23 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14525247 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2025 02:45:13 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14515705 | + | Email/Text: rm-bknotices@bridgecrest.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 27 2025 03:53:00 | Carvana,LLC., PO Box 29018, Phoenix, AZ 85038-9018 |
| 14513602 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 27 2025 02:05:15 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 14513603 | + | Email/Text: bankruptcycollections@citadelbanking.com | Aug 27 2025 03:53:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14519689 | + | Email/Text: bankruptcycollections@citadelbanking.com | Aug 27 2025 03:53:00 | Citadel Federal Credit Union, ATTN: COLLECTIONS, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14513604 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2025 02:43:45 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14532352 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2025 02:05:38 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14513605 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2025 03:10:06 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14519261 | + | Email/Text: mrdiscen@discover.com | Aug 27 2025 03:53:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 14513606 | + | Email/Text: mrdiscen@discover.com | Aug 27 2025 03:53:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14522120 | + | Email/Text: RASEBN@raslg.com | Aug 27 2025 03:53:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14532330 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2025 02:07:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14534109 | + | Email/PDF: ebnotices@pnmac.com | Aug 27 2025 02:43:37 | PENNYMAC LOAN SERVICES, LLC, P.O. BOX 2410, MOORPARK CA 93020-2410 |
| 14533071 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2025 03:10:09 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14513607 | + | Email/PDF: ebnotices@pnmac.com | Aug 27 2025 02:46:47 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14532588 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2025 02:06:48 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14513608 | + | Email/Text: DeftBkr@santander.us | Aug 27 2025 03:53:00 | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 14513609 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2025 02:58:14 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14513610 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2025 02:45:01 | Syncb/stash, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14532466 | ^ | MEBN | Aug 27 2025 01:27:21 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14513612 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2025 02:06:52 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orkando, FL 32896-5064 |
| 14513613 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2025 02:44:52 | Synchrony Bank/Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 14513614 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2025 02:05:11 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14513615 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2025 02:05:10 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14513616 | + | Email/Text: dbogucki@trumark.org | | |

Case 20-12746-pmm   Doc 72   Filed 08/28/25   Entered 08/29/25 00:41:00   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: 138OBJ | Total Noticed: 40 |

|  |  | Aug 27 2025 03:53:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
|---|---|---|---|

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14513611 |  | Syncb/walmart |
| 14513617 |  | Upliftinc |
| 14520662 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14520663 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14520664 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14520665 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14689791 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 2 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2025        Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor PENNYMAC LOAN SERVICES LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| BRAD J. SADEK | on behalf of Debtor Ertan Erden brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor American Heritage Credit Union bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor PENNYMAC LOAN SERVICES LLC jblank@pincuslaw.com, mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARISA MYERS COHEN | on behalf of Creditor PENNYMAC LOAN SERVICES LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| MARISA MYERS COHEN | on behalf of Creditor PennyMac Loan Services LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 138OBJ* (6/24)–doc 69 – 66

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Ertan Erden ) | Case No. 20−12746−pmm |
| ) | |
| ) | |
| Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 26, 2025

For The Court

Timothy B. McGrath
Clerk of Court